UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TERRY HAMPTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| Vs. | § | Civil Action No.: 2:13-cv-00220 |
| | § | |
| C.V.L. TEXAS, LLC and | § | |
| C.V.L. Texas LLC – CVS #7709 | § | |
| | § | |
| Defendants | § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL

On this 20th day of May, 2014, came on to be considered the parties' Agreed Stipulation of Dismissal, and the Court, after reviewing same, is of the opinion that the Agreed Stipulation of Dismissal should be granted. It is therefore

ORDERED, ADJUDGED, and DECREED that the Agreed Stipulation of Dismissal is granted. The above-styled case is hereby DISMISSED WITH PREJUDICE.

So Ordered and Signed on this

**May 20, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE